**Order filed June 7, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00107-CV

_____

## IN RE SENTRY INSURANCE A MUTUAL COMPANY

### Original Mandamus Proceeding

### O R D E R

In conjunction with an original mandamus proceeding, Relator, Sentry Insurance a Mutual Company, has filed in this court an opposed emergency motion to stay the trial court proceedings. This matter stems from Cause No. DO-92-17,178 in the 32nd District Court of Nolan County, Texas—a dispute relating to the recovery of benefits pursuant to the Workers' Compensation Statute that was in effect in 1990. *See* Act of Dec. 11, 1989, 71st Leg., 2d C.S., ch. 1, § 17.18, 1989 Tex. Gen. Laws 1, 122. The petition for writ of mandamus specifically relates to a June 1, 2021 order in which the Honorable Glen Harrison denied Relator's May 26, 2021 plea to the jurisdiction as to certain claims contained in the seventh amended

answer and counterclaim filed by Real Party in Interest, Donald Bristow, on April 8, 2021. We have requested that Real Party in Interest file a response to the petition for writ of mandamus.

In the opposed motion for emergency relief, Relator requests that we stay all proceedings in the trial court, including the trial that is currently set for June 15, 2021, so that this court may consider the merits of the petition for writ of mandamus. We grant the opposed motion for emergency relief and hereby stay all proceedings in the trial court, including the June 15 trial, pending further order of this court or final disposition of this mandamus proceeding. *See* TEX. R. APP. P. 52.10(b).

PER CURIAM

June 7, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.